PROB 12B                                                                                                               SD/FL PACTS No. 111854
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 0:12-80069-CR-DIMITROULEAS-2

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Michael Farnell

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: February 8, 2013

Original Offense: Tax Evasion, 26 U.S.C. § 7201, a Class C felony.

Original Sentence:      Eight-teen (18) months custody of the United States Bureau of Prisons. Upon release from imprisonment, the defendant shall serve a term of three (3) years of supervised release. The following special conditions were imposed: the defendant shall 1) cooperate fully with the Internal Revenue Service, 2) provide complete access to financial information, 3) submit to a search of his/her person or property, 4) obtain prior written approval from the Court before entering into any self-employment. Restitution in the amount of $448,128. A $100.00 special assessment was also ordered.

Type of Supervision: Supervised Release         Date Supervision Commenced: May 9, 2014

---

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interest of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 111854

## CAUSE

The defendant was ordered to pay restitution in the amount of $448,128 at a rate of 10% of his monthly gross earnings. A financial investigation was not conducted as the defendant is unemployed and seeking full time employment. The defendant advised he can make a $25.00 payment towards his restitution until he obtains full time employment.

The defendant consequently voluntarily signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release, thus establishing restitution at $25.00 per month commencing in December 2014, and every month thereafter until his financial situation changes.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $25.00 per month.

Respectfully submitted,

by  *Donn M. Grice*  
Dec 4 2014 9:44 AM

Donn Grice  
U.S. Probation Officer  
Phone: (772) 467-2368  
Date: December 4, 2014

Pamela J. Moore  
Dec 4 2014 10:43 AM

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

December 11, 2014  
Date