UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  12-80069-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL FARNELL,

    Defendant.
_____/

**O R D E R**

THIS CAUSE having come before the Court on the Defendant's December 1, 2015 Motion requesting termination of supervised release [DE-106].  The Court has received a response from the Government.  The request for early termination of supervised release [DE-106] is Denied.  The Court has the discretion to terminate supervised release.  18 U.S.C. § 3583(e).  The Court has considered the factors in 18 U.S.C. § 3553(a) and declines to exercise such discretion.

DONE AND ORDERED in  Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of December, 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donn Grice, USPO

Julia Vaglienti, AUSA

Michael Farnell (via USPO)(Farnell did not provide an address)